# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-80487-WPD

DISH WIRELESS L.L.C.,

Plaintiff,

v.

TOWN OF PALM BEACH SHORES, a
Florid Municipal Corporation,

Defendant.

______________________________/

**DECLARATION OF BUCK S. EVANS**
**UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

I, Buck Evans, submits this declaration pursuant to 28 U.S.C. § 1746 and declares as follows:

1. My name is Buck Evans. I am the President of Diversified Building Department Management ("Diversified").

2. In 2019, Diversified entered into a contractual relationship with the Town of Palm Beach Shores, Florida, (the "Town"). Under that contract, on behalf of Diversified, I have served in the role of Building Official for the Town.

3. I have personal knowledge of the matters asserted herein.

4. In my capacity as Building Official for the Town, I reviewed DISH Wireless' ("DISH") application for a building permit at Mayan Towers, filed on or about May 10, 2022, Permit # 2022-113 ("Permit").

5. In the Permit, DISH stated that the height of Mayan Towers was 79'5", and provided that its proposed antennas would have a rad center (center of radiation) of 112 feet.

6. I determined that the height of DISH's proposed antennas on Mayan Towers as described in the Permit exceeded the maximum height allowed under Town Code Section 62-64. I advised DISH's representative that the proposed antennas exceeded the maximum height under the Town Code, and provided the complete language and specific citation for Town Code Section 62-64. A true and correct copy of my May 24, 2022, correspondence to DISH's contractor, Mr. John Pequignot with Regency Communications, Inc., advising him of the foregoing information is attached hereto as Exhibit "1."

7. DISH's contractor advised that DISH would lower its proposed antennas, and revised the application for the Permit to construct the antennas at a proposed rad center height of 106 feet. However, the revised proposed height for the antennas of 106 feet still exceeded the maximum height allowed under the Town Code. I advised DISH's contractor in response to the revised application that "[R]evision received however proposed [installation of antennas by] DISH still exceeds allowable height as per ordinance" in my letter dated June 9, 2022. A true and correct copy of my June 9, 2022, correspondence to DISH's contractor is attached hereto as Exhibit "2."

8. I never requested that DISH resubmit its application as an application for special exception. Representatives of DISH did not contact me further about Permit #2022-113, or its application.

9. I have reviewed DISH's plans submitted with its application for a special exception to construct equipment on the roof of Mayan Towers. In its plans, in addition to installing equipment on the roof, DISH proposes to drill through all eight floors of Mayan Towers to install conduit for electrical lines from the ground to the roof. If DISH's special exception had been approved, DISH would then be required to apply for a building permit with detailed plans for this proposed construction that would require review and approval by the Town's Building

Department. As Mayan Towers is over 50 years old, the proposed construction by DISH involves structural, electrical, and fire reviews to ensure that the work would be done safely, without damaging the building structure or endangering the health and safety of Mayan Towers' residents, and in compliance with all applicable building, electrical and fire codes. After construction, inspections would be performed to make sure that all work was done in compliance with applicable permits and codes.

10. Since DISH's request for special exception was denied, and DISH's Permit #2022-113 was denied because of its antennas' excessive height, no such building application was ever submitted by DISH to the Town, thus no review of the proposed construction has occurred.

11. I provide this Declaration freely and voluntarily, and without duress, coercion or any promise of benefit or compensation. If called upon to testify at any hearing or trial in this matter, my testimony would be the same as is set forth herein.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed on January 25th, 2024.

Buck Evans

/40162/2#52620384 v1

# Exhibit 1

**Town of Palm Beach Shores**
**247 Edwards Lane**
**Palm Beach Shores, FL 33404**

Date: Tuesday, May 24, 2022

John Pequignot
Regency Communications, Inc.
4332 NW 120 th Avenue
Coral Springs, FL, 33065
John@regencycommunications.net

Permit Number 2022-113
Job Address: 125 Ocean Ave, Palm Beach Shores, FL 33404

Dear John Pequignot,

Staff has completed its review of plans for the  that is to be located at 125 Ocean Ave, Palm Beach Shores, FL 33404. Comments from this review follow.

**Building Official Review**

The following comments have been provided by Buck Evans. Should you have any questions or require additional information regarding any of these comments, please contact Buck Evans at (561)656-0314 or by email at buckevanscbo@gmail.com.

> Proposed antenna exceeds TOPBS ordnance Section 62-64, please see below.
>
> **Sec. 62-64. - Additional requirements.**
> SHARE LINK TO SECTIONPRINT SECTIONDOWNLOAD (DOCX) OF SECTIONSEMAIL SECTION
>
> All telecommunications antennas located within the Town of Palm Beach Shores are subject to conditions of approval as a special exception use and, additionally shall meet the following requirements:
>
> (1)
>
> Maximum height shall not exceed 90 feet above the crown of the road at the nearest public street; such height shall include the height of the structure or building upon which or within which the telecommunications antenna(s) is attached. This height may be exceeded by nine and one-half percent if approved as part of the special exception approval process for a telecommunications antenna.

Please revise the project plans to address the comments noted above. Following revision, please submit two (2) sets of the revised drawings in person to the Town of Palm Beach Shores Building Department on Monday, Wednesday or Friday between the hours of 9:00 am and 1:00 pm.

Should you have questions regarding specific comments, please contact the staff member referenced under the section in which the comment occurs. Should you have questions or require additional information regarding the plan review process itself, please feel free to contact me directly. I can be reached by telephone at (561) 222-1800, or by e-mail at buckevanscbo@gmail.com.

Thank you,

Buck Evans

# Exhibit 2

**Town of Palm Beach Shores**
**247 Edwards Lane**
**Palm Beach Shores, FL 33404**

Date: Thursday, June 9, 2022

John Pequignot
Regency Communications, Inc.
4332 NW 120 th Avenue
Coral Springs, FL, 33065
John@regencycommunications.net

Permit Number 2022-113
Job Address: 125 Ocean Ave, Palm Beach Shores, FL 33404

Dear John Pequignot,

Staff has completed its review of plans for the that is to be located at 125 Ocean Ave, Palm Beach Shores, FL 33404. Comments from this review follow.

**Building Official Review**

The following comments have been provided by Buck Evans. Should you have any questions or require additional information regarding any of these comments, please contact Buck Evans at (561)656-0314 or by email at buckevanscbo@gmail.com.

Revision received however proposed dish still exceeds allowable height as per ordnance.

Please revise the project plans to address the comments noted above. Following revision, please submit two (2) sets of the revised drawings in person to the Town of Palm Beach Shores Building Department on Monday, Wednesday or Friday between the hours of 9:00 am and 1:00 pm.

Should you have questions regarding specific comments, please contact the staff member referenced under the section in which the comment occurs. Should you have questions or require additional information regarding the plan review process itself, please feel free to contact me directly. I can be reached by telephone at (561) 222-1800, or by e-mail at buckevanscbo@gmail.com.

Thank you,

Buck Evans