# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-80487-WPD

DISH WIRELESS L.L.C.,

Plaintiff,

v.

TOWN OF PALM BEACH SHORES, a
Florid Municipal Corporation,

Defendant.
_______________________________/

**DECLARATION OF JUDE GOUDREAU**
**UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

I, Jude Goudreau, submits this declaration pursuant to 28 U.S.C. § 1746 and declares as follows:

1. My name is Jude Goudreau. I am the Town Clerk for the Town of Palm Beach Shores ("Town"). I commenced employment with the Town in July 2021, and became Town Clerk in January 2022, when the existing clerk retired. In my role as Town Clerk, I oversee the Town Building Department.

2. I have personal knowledge of the matters asserted herein.

3. Bobbi Jones and Abbey Hammond with Tower Engineering Professionals (TEP), DISH Wireless's (DISH) contractor, contacted me commencing in August 2022, for assistance in pursuing an application for a special exception, after its application for a building permit was denied. Building department staff notified DISH that it would need a special exception, but never requested DISH to apply for a special exception. A special exception may be used to allow development that is not otherwise allowed by the Code. I explained the process and that the

application would first be reviewed by the Development Review Committee (DRC), which meets once per month generally on the first Wednesday. Following DRC, the application would be placed on a Planning and Zoning Board (P&Z) agenda, which, during a quasi-judicial hearing, would make a recommendation to the Town Commission regarding the application. The Commission would hold a quasi-judicial hearing to decide whether the applicant meets the criteria for the special exception. This process and schedule are contained on the development application form, and applicants acknowledge and agree to this schedule when they submit their applications. Our office provides information about application requirements and the process, but to ensure the applicant controls the information in an application, we do not prepare or assemble development application. I worked with TEP to process DISH's application and to schedule it for reviews as promptly as possible so that the entire process through Commission decision could occur in less than two months. However, TEP was late submitting applications and requested to postpone being considered at certain scheduled meetings and hearings, which we agreed to do, to accommodate TEP and DISH.

4. I notified TEP on August 26, 2022, that, pursuant to the Town Code, we would need a complete application, consisting of an electronic version plus ten hard copies, and the application fee by the Monday of the week prior to the meeting, or by August 29, 2022, to make the DRC meeting on September 7, 2022. Ms. Jones notified me later on August 26, that she would not be able to provide a complete application by August 29, and asked about the next meeting. True and complete copies of these email communications are attached hereto as Exhibit "A."

5. Ms. Jones submitted an electronic application for special exception on September 26, 2022. I processed the application fee that day. I notified them that I needed the hard copies by September 29, to make the October 6, 2022, DRC meeting. DRC had been rescheduled from

October 5th to 6th. Ms. Hammond emailed me at later on September 26, that hard copies will be overnighted to arrive by September 29. I emailed Ms. Jones and Ms. Hammond on October 3, that I had still not received the complete packages, but had received one box with a portion of the documents and asked when the complete application would arrive. I advised her that DRC members had begun picking up hard copies for review. Ms. Jones emailed me on October 4, with the tracking information and apologized for the delay. Later on October 4, to assist TEP and DISH, I notified Ms. Jones that I would try to push forward with the application but it posed an issue because the application was not complete and two members of DRC only received half of the hard copy application. I placed the application on the DRC agenda for October 6, 2022, even though the application was not complete. True and complete copies of these email communications are attached hereto as Exhibit "B."

6. I received comments from the October 6, 2022, DRC meeting that day and sent them to Ms. Jones that same day. The comments requested specific information that was missing from the submittal, including among other requirements, a survey showing elevations and details for DISH's equipment. The comments provided that a second DRC would be required as the application submittal was not complete and did not contain required items. Ms. Jones responded that they would like to attend the DRC meeting on November 2, for the continuance of its application and was aware that they needed to revise and resubmit by October 24. She also requested the ordinance referenced in the DRC meeting and asked other questions for the revised submittal. In a subsequent email on October 6, I reminded her that we needed ten complete hard copies, that portions of hard copies previously submitted conflicted from the electronic version, and that they had never provided a complete application. Ms. Jones acknowledged and appreciated

the reminder. True and complete copies of these email communications are attached hereto as Exhibit "C."

7. TEP indicated in subsequent emails in October that DISH did not seek to be scheduled on the November 2, DRC agenda. We agreed with DISH's request not to place its application on that DRC agenda. True and complete copies of these email communications are attached hereto as Exhibit "D."

8. I scheduled DISH's revised application for the December 7, 2022, DRC meeting, even though TEP did not submit ten complete hard copies. On December 14, I emailed Ms. Hammond with DRC comments, which reflected items still missing from DISH's application, including the elevations, and other items requested by the DRC. Ms. Jones requested more information regarding the DRC comments and what the next steps would be. On January 3, I emailed her the Town document "Next Steps After DRC," indicated the next P&Z date would be January 25, with an ad publication deadline of January 10, and that its resubmittal would need to be reviewed by staff for sufficiency to place on P&Z agenda. On January 10, Ms. Hammond emailed me with additional questions, including whether DRC would issue an approval and whether they could present a PowerPoint at P&Z. She indicated they had sent more packages containing a flash drive with its electronic resubmittal and certain items for its hard copies. I responded that day to her questions, indicated we would look out for its packages, and that they would need to assemble the complete ten hard copies, which would have to match the electronic version. As of January 10, DISH had still not submitted ten hard copies of a complete application, nor a complete application for the January 25, P&Z hearing. Over the next several weeks, TEP continued to send in portions of its application for the February P&Z meeting. On January 20, 2023, I emailed Ms. Hammond that the only thing needed were the 10 hard copies of the

development application for staff review for the February meeting. After TEP indicated they would send the applications and someone would come to Town Hall to assemble them, I emailed her again on January 31, to follow up since TEP did not delivery applications or come to Town Hall, and reminded her that the deadline was February 10. Eventually, TEP provided ten hard copies of its application on February 3, 2023. Staff reviewed to confirm it could move forward, and pursuant to emails on February 13 and 14, 2023, TEP and I agreed that the application would be added to the February 22, 2023, P&Z agenda. True and complete copies of these email communications are attached hereto as Exhibit "E."

9. The next day, Ms. Jones called me and advised that DISH was not prepared to attend the February 22, P&Z meeting, which she confirmed in an email dated February 15, requesting to have DISH's application postponed until the March P&Z meeting. Through phone calls and subsequent emails on February 15 and 22, I agreed with TEP's request to move DISH's special exception request to the March 22, 2023, P&Z hearing, with the corresponding Commission meeting to be held April 24, 2023. After the P&Z board issued its recommendation of denial, which I communicated to TEP via email, I scheduled the application for the Commission meeting on April 24, 2023. A DISH representative came into Town Hall to assemble the application package that was placed on the Commission's agenda. True and complete copies of these email communications are attached hereto as Exhibit "F."

10. As reflected in the emails, I assisted TEP with DISH's application, and scheduled it for DRC reviews, staff reviews, P&Z hearing and the Commission meeting, consistent with DISH's requests. I even allowed DISH"s application to go forward for DRC when it was not complete. The only delays in processing DISH's application were as a result of DISH through TEP, requesting such delays and my consenting to DISH's requested scheduling of its application.

11. I provide this Declaration freely and voluntarily, and without duress, coercion or any promise of benefit or compensation. If called upon to testify at any hearing or trial in this matter, my testimony would be the same as is set forth herein.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed on January 30th, 2024.

[signature]

Jude Goudreau

/40162/2#52673516 v1

# EXHIBIT A

**Archived:** Thursday, January 25, 2024 1:22:00 PM
**From:** Jude Goudreau
**Mail received time:** Fri, 19 Aug 2022 19:47:36
**Sent:** Fri, 19 Aug 2022 19:47:36
**To:** Bobbi Jones
**Subject:** RE: Building Official Comments - 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

Because of the extra day in August, and the start of the month you can get everything to me for DRC by the 29th and it would be okay.
Our Code says " the Monday of the week prior to the meeting".

I don't know if this is any help, but it gives you three more days.

**From:** Bobbi Jones <bjones@tepgroup.net>
**Sent:** Friday, August 19, 2022 3:42 PM
**To:** Orlando Rodriguez <orodriguez@pbstownhall.org>; Jude Goudreau <jgoudreau@pbstownhall.org>
**Cc:** Danielle Gentile <dgentile@tepgroup.net>; Abbey Hammond <ahammond@tepgroup.net>
**Subject:** Re: Building Official Comments - 125 S Ocean Ave

Thank you Orlando! If we are not able to make the upcoming meeting and get all docs to you by 8/26, is there another hearing/meeting coming up that we can attend?

Thank you,

Bobbi Jones
**Project Manager** | **Tower Engineering Professionals, Inc.** (www.tepgroup.net)
5906 Breckenridge Parkway, Suite A | Tampa, FL 33610 | Office: (980) 202-5553|Direct: (984) 255-7028| Mobile: (904) 718-1705

On Fri, Aug 19, 2022 at 1:21 PM Orlando Rodriguez <orodriguez@pbstownhall.org> wrote:

> Good Afternoon,
>
> Yes, this will need to attend the Developmental Review Committee.
>
> I apologize, I wrote her email wrong. I have added her to this email chain.
>
> The hard copies (10 sets) will need to be Submitted to Town Hall. Payment can be made by cash check or credit card (2.5% convenience fee will be applied) when the application is submitted. Also, we will need an electronic copy.
>
> Please follow the checklist within the DRC packet.
>
> I'm not qualified to answer your question on measurements but you could schedule a meeting with Josh Nichols who is the Town's Zoning Official and he could help answer your questions

Thank you,

Orlando Rodriguez

Code Enforcement Officer
Building Department Clerk
CRS Coordinator
Grants Coordinator
Floodplain Coordinator

Town of Palm Beach Shores
247 Edwards Lane
Palm Beach Shores, FL 33404
Phone: 561-844-3457
Cell: 772-302-6485

www.townofpalmbeachshores.org

**Archived:** Thursday, January 25, 2024 1:22:07 PM
**From:** Bobbi Jones
**Mail received time:** Fri, 26 Aug 2022 17:14:46
**Sent:** Fri, 26 Aug 2022 13:14:26
**To:** Jude Goudreau Danielle Gentile
**Cc:** Abbey Hammond
**Subject:** Re: Building Official Comments - 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

Hi Jude,

I don't believe that we will have all the items necessary to you by the 29th. Is there another option for the hearing? When will the next meeting be?

I see that a $350.00 deposit is needed to hold the hearing date. How much will the entire fee be for the special exception?
In addition, it appears we need Owner Authorization as part of the packet. Will it be sufficient to have Dish Wireless sign this if we provide the signed lease agreement, or will the building owner have to sign?

Thank you,

Bobbi Jones
**Project Manager** | **Tower Engineering Professionals, Inc.** (www.tepgroup.net)
5906 Breckenridge Parkway, Suite A | Tampa, FL 33610 | Office: (980) 202-5553|Direct: (984) 255-7028|
Mobile: (904) 718-1705

# EXHIBIT B

**Archived:** Thursday, January 25, 2024 1:23:32 PM
**From:** Abbey Hammond
**Mail received time:** Mon, 26 Sep 2022 17:20:58
**Sent:** Mon, 26 Sep 2022 13:18:50
**To:** Jude Goudreau
**Subject:** Re: Payment Link Request: 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

That would be great, thank you! What would be the best phone number to do so?

On Mon, Sep 26, 2022 at 1:07 PM Jude Goudreau <jgoudreau@pbstownhall.org> wrote:

Hi Abbey,

We do not have an online link to pay, you are able to call in and we can do it over the phone if you would like.

Jude

**From:** Abbey Hammond <ahammond@tepgroup.net>
**Sent:** Monday, September 26, 2022 12:02 PM
**To:** Jude Goudreau <jgoudreau@pbstownhall.org>
**Cc:** Bobbi Jones <bjones@tepgroup.net>; Jen McMillan <jmcmillan@tepgroup.net>; Danielle Gentile <dgentile@tepgroup.net>
**Subject:** Payment Link Request: 125 S Ocean Ave

Good afternoon Jude,

I wanted to reach out to request a link or be directed to a website in order to make the payment to this site. You had mentioned it would be around $350.00 + a 2.5% conv fee. Please let me know where I need to go to get it paid. I will also be sending over the digital versions of the requested documents for the site this afternoon, along with receipt of the payment made.

Best Regards,

**Abbey Hammond**
**Permit Specialist | Tower Engineering Professionals, Inc.**(www.tepgroup.net)
10700 Sikes Place, Suite 360, Charlotte, NC 28277 | Direct: 770-356-5870

**Archived:** Thursday, January 25, 2024 1:22:50 PM
**From:** Jude Goudreau
**Mail received time:** Tue, 20 Sep 2022 18:24:31
**Sent:** Tue, 20 Sep 2022 18:24:31
**To:** Bobbi Jones
**Subject:** RE: Building Official Comments - 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

DRC Deadline is the 26th of September if you need until the 29th, I can try to stretch it for you, but I will get push back from staff.

**From:** Bobbi Jones <bjones@tepgroup.net>
**Sent:** Tuesday, September 20, 2022 2:19 PM
**To:** Jude Goudreau <jgoudreau@pbstownhall.org>
**Cc:** Danielle Gentile <dgentile@tepgroup.net>; Jen McMillan <jmcmillan@tepgroup.net>; Abbey Hammond <ahammond@tepgroup.net>
**Subject:** Re: Building Official Comments - 125 S Ocean Ave

Hi Jude,

For the October 5th meeting, what is the deadline for getting the application to you? Will it be the 26th or the 29th? We should have no problem getting it to you by 9/29 but wanted to confirm for our records.

Thank you,

Bobbi Jones
**Project Manager** | Tower Engineering Professionals, Inc. (www.tepgroup.net)
5906 Breckenridge Parkway, Suite A | Tampa, FL 33610 | Office: (980) 202-5553|Direct: (984) 255-7028| Mobile: (904) 718-1705

**Archived:** Thursday, January 25, 2024 1:24:31 PM
**From:** Jude Goudreau
**Mail received time:** Wed, 5 Oct 2022 12:30:44
**Sent:** Wed, 5 Oct 2022 12:30:44
**To:** Bobbi Jones
**Subject:** RE: Digital Special Exception Application/ Dish Wireless: 2022-113 | 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

The meeting is Tomorrow, October 6, 2022 at 2 pm here at the Townhall.
You can attend via Webex , link is on the agenda.

**From:** Bobbi Jones <bjones@tepgroup.net>
**Sent:** Tuesday, October 4, 2022 2:44 PM
**To:** Jude Goudreau <jgoudreau@pbstownhall.org>
**Cc:** Jen McMillan <jmcmillan@tepgroup.net>
**Subject:** Re: Digital Special Exception Application/ Dish Wireless: 2022-113 | 125 S Ocean Ave

Hey Jude,

We received this from the property owner, has the meeting been changed to 10/6 @ 2pm and is the attached the correct agenda/webex link?

Are any presentation materials required and will you need us to forward them to you at all?

Thank you,

_ _ _ _ _ _ _ _

Bobbi Jones
**Project Manager | Tower Engineering Professionals, Inc.** (www.tepgroup.net)
5906 Breckenridge Parkway, Suite A | Tampa, FL 33610 | Office: (980) 202-5553|Direct: (984) 255-7028| Mobile: (904) 718-1705

**Archived:** Thursday, January 25, 2024 1:23:19 PM
**From:** Abbey Hammond
**Mail received time:** Mon, 26 Sep 2022 19:38:11
**Sent:** Mon, 26 Sep 2022 15:28:23
**To:** Jude Goudreau
**Cc:** Bobbi Jones Danielle Gentile Jen McMillan
**Subject:** Digital Special Exception Application/ Dish Wireless: 2022-113 | 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
Development Application Revised 09.26.2022 - JM.pdf IIMIA00378A Dish Authorization of Agent forms 9-23-22.pdf MIMIA00378A MA DSH-041R2_Rooftop Mount Analysis Report.pdf IIMIA00378A_Previous Approved Site Plans_9-21-2022 (1).pdf IIMIA00378A_Construction_Rev4_09.26.2022.pdf &S MIMIA00378A Survey 4-18-2022.PDF

---

Good afternoon Jude,

Thank you for helping process the payment for this site. Below are the documents requested digitally. **And hard copies will be overnighted to arrive on or before Sept 29th.**
We also wanted to confirm this is the correct address to mail in the documents:
Town of Palm Beach Shores
Attn: Jude
247 Edwards Lane
Palm Beach Shores, FL 33404

Please let me know if there are any other items we can provide in the meantime!
Best Regards,

**Abbey Hammond**
**Permit Specialist | Tower Engineering Professionals, Inc.**(www.tepgroup.net)
10700 Sikes Place, Suite 360, Charlotte, NC 28277 | Direct: 770-356-5870

**Archived:** Thursday, January 25, 2024 1:23:51 PM
**From:** Jude Goudreau
**Mail received time:** Mon, 3 Oct 2022 17:38:47
**Sent:** Mon, 3 Oct 2022 17:38:47
**To:** Bobbi Jones
**Subject:** RE: Digital Special Exception Application/ Dish Wireless: 2022-113 | 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

Hi there,
I have not yet received the 10 complete packets, I did receive a box with ten product information packets.
The members of the DRC Committee have started picking up their hard copies for review, some of them don't use the electronic versions.
So you know if they're going to be here soon?

Thanks,
Jude

**Archived:** Thursday, January 25, 2024 1:24:07 PM
**From:** Bobbi Jones
**Mail received time:** Tue, 4 Oct 2022 11:07:05
**Sent:** Tue, 4 Oct 2022 07:07:04
**To:** Jude Goudreau Jen McMillan
**Cc:** Abbey Hammond
**Subject:** Re: Digital Special Exception Application/ Dish Wireless: 2022-113 | 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
image (4).png

---

Good morning Jude,

I truly apologize for the delay. Attached is the tracking. It should be received today. I have been pushing on them daily to get these out.
Please let us know if this will affect our hearing date at all, and whether we are still scheduled.

**Archived:** Thursday, January 25, 2024 1:24:12 PM
**From:** Jude Goudreau
**Mail received time:** Tue, 4 Oct 2022 12:40:43
**Sent:** Tue, 4 Oct 2022 12:40:42
**To:** Bobbi Jones
**Subject:** RE: Digital Special Exception Application/ Dish Wireless: 2022-113 | 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

I'm going to try to continue to push forward with it. It does pose an issue, because two of the three professionals only received half of your application.
If I get it today, and can give it to them today or tomorrow it may be okay.
I sent the digital version, I'm hoping that's okay.

Thank you

**From:** Bobbi Jones <bjones@tepgroup.net>
**Sent:** Tuesday, October 4, 2022 7:07 AM
**To:** Jude Goudreau <jgoudreau@pbstownhall.org>; Jen McMillan <jmcmillan@tepgroup.net>
**Cc:** Abbey Hammond <ahammond@tepgroup.net>
**Subject:** Re: Digital Special Exception Application/ Dish Wireless: 2022-113 | 125 S Ocean Ave

Good morning Jude,

I truly apologize for the delay. Attached is the tracking. It should be received today. I have been pushing on them daily to get these out.
Please let us know if this will affect our hearing date at all, and whether we are still scheduled.

# EXHIBIT C

**Archived:** Thursday, January 25, 2024 1:24:39 PM
**From:** Jude Goudreau
**Mail received time:** Thu, 6 Oct 2022 20:14:09
**Sent:** Thu, 6 Oct 2022 20:14:09
**To:** Bobbi Jones
**Subject:** RE: DRC Follow Up - Permit 2022-113 | 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

Hi there,
These are the comments that the attorney sent over. I'll check with zoning and engineering to see if they have additional.

Thanks

SPR22-16/AAR22-16: 125 S. Ocean Avenue

- * Development Application
    - * Pg. 8 – proposed height 91'
        - * Provide previous development orders including all variance for this site – building height is nonconforming or approved by variance? Sane with 5% roof equipment percentage?
        - * Pf. 8.2(b) Special exception uses.
            - * (1) Telecommunications antennas—See Article IV of Chapter 62 for additional requirements (section 62-64 sets forth height limitations which may be exceeded by a maximum of nine and one-half percent (9.5%) if approved with the special exception).
        - * Sec. 62-64. – Additional requirements.
            - * All telecommunications antennas located within the Town of Palm Beach Shores are subject to conditions of approval as a special exception use and, additionally shall meet the following requirements:
                - * (1) Maximum height shall not exceed 90 feet above the crown of the road at the nearest public street; such height shall include the height of the structure or building upon which or within which the telecommunications antenna(s) is attached. This height may be exceeded by nine and one-half percent if approved as part of the special exception approval process for a telecommunications antenna.
        - * Pf. 8.3. – Building height.
            - * e. Roof structures for housing elevator machinery, stairwell enclosures, tanks, skylights, chimneys, ventilating fans, receiving antennas, air conditioning equipment and non-habitable architectural features shall be permitted above the applicable height limit. Such structures shall not be greater in height and area than required to house such equipment, and such architectural features shall comply with section 14-87, Review criteria for architectural and design features. The total roof area of such roof structures shall not be greater than five (5) percent of the roof area of the building on which they are erected. Under no circumstances shall such roof structure be used or equipped for storage or habitation of any kind. All roof structures shall be shown on the original building plans submitted for approval.
    - * Survey – needs to include elevations along crown of Ocean Avenue
    - * Plans
        - * A-1 – need to provide details of the proposed penetrating wall if not existing
        - * A-2 – references raising the cooling towers 5' – that is a site plan modification – need additional details regarding proposed heigh from crown of road and grade. Confirm and delete if not part of request.
- * Second DRC required as application does not provide sufficient detail to confirm Code compliance

**Archived:** Thursday, January 25, 2024 1:24:34 PM
**From:** Bobbi Jones
**Mail received time:** Thu, 6 Oct 2022 18:39:59
**Sent:** Thu, 6 Oct 2022 14:40:02
**To:** Jude Goudreau
**Cc:** Abbey Hammond Jen McMillan Crystal Conde Stephanie McLaughlin
**Subject:** DRC Follow Up - Permit 2022-113 | 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

Good afternoon Jude,

I would like to confirm with you that we would like to attend the DRC meeting on 11/2 for the continuance of the above special exception application.

We are aware that we will need to revise and resubmit by 10/24.

We had several follow up questions in regards to the resubmittal, can you please confirm?

- There was a mention of code requiring no more than 5% increase of existing rooftop area on this type of building. I cannot find any mention of this in Municode. Can you please provide the ordinance?
- We will need to submit a new set of construction drawings, survey, etc. Will photos of the rooftop be helpful and allowed for us to include in the resubmittal?
- Are additional fees due for a continuance and/or are there any available materials to show today's staff report and hearing findings?

Thank you,

Bobbi Jones
**Project Manager** | **Tower Engineering Professionals, Inc.** (www.tepgroup.net)
5906 Breckenridge Parkway, Suite A | Tampa, FL 33610 | Office: (980) 202-5553|Direct: (984) 255-7028|
Mobile: (904) 718-1705

**Archived:** Thursday, January 25, 2024 1:24:44 PM
**From:** Jude Goudreau
**Mail received time:** Thu, 6 Oct 2022 19:30:25
**Sent:** Thu, 6 Oct 2022 19:30:25
**To:** Bobbi Jones
**Subject:** RE: DRC Follow Up - Permit 2022-113 | 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

I'll send you the comments from the meeting tomorrow as soon as they put them in writing for me.
The Attorney said please make sure you send 10 complete applications , all at once. Your hard copies didn't match your digital plans. Also there was not 10 development applications included.
I can work with you on this.

# EXHIBIT D

**From:** Jude Goudreau <jgoudreau@pbstownhall.org>
**Sent:** Tuesday, November 1, 2022 11:10 AM
**To:** Bobbi Jones
**Subject:** RE: Mail Submittal: DRC Hearing | 125 S Ocean Ave | MIMIA00378A DISH

Bobbi,
We are still working on the public records request for the previous development orders going back ten years as you indicated on October 26, 2022.
You're tentatively scheduled to be heard at the December 7, 2022 DRC meeting.

**From:** Bobbi Jones <bjones@tepgroup.net>
**Sent:** Tuesday, November 1, 2022 11:06 AM
**To:** Abbey Hammond <ahammond@tepgroup.net>
**Cc:** Jude Goudreau <jgoudreau@pbstownhall.org>
**Subject:** Re: Mail Submittal: DRC Hearing | 125 S Ocean Ave | MIMIA00378A DISH

Hi Jude,

Please let us know right away.

Thank you,

Bobbi Jones
**Project Manager | Tower Engineering Professionals, Inc.** (www.tepgroup.net)
5906 Breckenridge Parkway, Suite A | Tampa, FL 33610 | Office: (980) 202-5553|Direct: (984) 255-7028|
Mobile: (904) 718-1705

On Tue, Nov 1, 2022 at 9:49 AM Abbey Hammond <ahammond@tepgroup.net> wrote:

Hi Jude,

Thank you for speaking with me this morning, please confirm that the hearing will not be happening tomorrow so I can forward this onto my team.

Best,

# EXHIBIT E

**Archived:** Thursday, January 25, 2024 1:26:50 PM
**From:** Jude Goudreau
**Mail received time:** Wed, 14 Dec 2022 19:27:01
**Sent:** Wed, 14 Dec 2022 19:27:01
**To:** Abbey Hammond
**Subject:** FW: December 7, 2022 DRC Comments
**Importance:** Normal
**Sensitivity:** None

---

Hi Abbey,
Here are the comments.
As far as the development orders, I need to speak to the Mayor , I have not found any as of yet.
Jude

**From:** Mitty Barnard <mitty@davislawteam.com>
**Sent:** Thursday, December 8, 2022 6:54 AM
**To:** Jude Goudreau <jgoudreau@pbstownhall.org>
**Subject:** December 7, 2022 DRC Comments

Jude,

Below are my December 7, 2022 DRC Comments:

.
SE22-1: 125 S. Ocean Drive

- * Development Application
  - * Pg. 8 – proposed height 91'
    - * Provide previous development orders including all variance for this site – building height is nonconforming or approved by variance?
  - * Provide narrative describing the proposed installation's impact on the 5% roof structure Code restriction in Pf. 8.3(e). If this is an existing legal non-conformity, it cannot be expanded (a variance would be required).
  - * Be sure your application clearly, in narrative form, describe what you are proposing (e.g., install three new telecommunication towers (with 3 estimated to be removed), etc.).
- * Survey – needs to include elevations along crown of Ocean Avenue
- * Plans
  - * A-1 – References 10' easement, draft needs to be provided for review
- * This request is just the Special Exception Use approval, which should that be approved, will required a Site Plan Modification/AAR application.
- * Resubmittal will require sufficiency review by Town staff to ensure all DRC comments satisfied prior to public hearing agenda placement.

SPR22-17/AAR22-17: 131 Sandal Lane

- * Development Application
  - * Pg. 8 – correct code requirement for FFE
- * Boundary Survey – need to show existing conditions survey, not proposed build
- * Site Plan
  - * Dimension rear building projection to show not more than 25' at 15' rear setback
  - * Show fencing to be approved on rear of plan (including height and material)
  - * Label pool equipment on plan and show required screening
  - * Generator proposed? If so, label.
  - * Label ac condensers
- * Elevations – label top of roof to show max height

- * Landscape Plan
    - * Label 10' town strip

Thank you,

**Amity R. Barnard, Esquire**
**Associate Attorney**

DAVIS & ASSOCIATES, P.A.

**701 Northpoint Parkway, Suite 205**
**West Palm Beach, Florida 33407**
**Tel: (561) 586-7116, Ext. 2702**
**Email: mitty@davislawteam.com**

THE FLORIDA BAR BOARD CERTIFIED CITY, COUNTY, AND LOCAL GOVERNMENT
Martindale-Hubbell AV PREEMINENT Peer Rated for Highest Level of Professional Excellence 2022
LEED GREEN ASSOCIATE

Incoming e-mails are filtered which may delay receipt. This e-mail is personal to the named recipient(s) and may be privileged and confidential. If you are not the intended recipient, you received this in error. If so, any review, dissemination, or copying of this e-mail is prohibited. Please notify us immediately by e-mail and delete the original message.

**Archived:** Thursday, January 25, 2024 1:26:53 PM
**From:** Bobbi Jones
**Mail received time:** Thu, 15 Dec 2022 16:35:03
**Sent:** Thu, 15 Dec 2022 11:34:43
**To:** Abbey Hammond Jude Goudreau
**Cc:** Orlando Rodriguez Jen McMillan Brandi Day Jessica Ross Andres Meneses
**Subject:** Re: Building Official Comments - 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

Good afternoon Jude,

Following up with you on the above.

Thank you,

_ _ _ _ _ _ _ _

Bobbi Jones
**Project Manager** | **Tower Engineering Professionals, Inc.** (www.tepgroup.net)
5906 Breckenridge Parkway, Suite A | Tampa, FL 33610 | Office: (980) 202-5553|Direct: (984) 255-7028|
Mobile: (904) 718-1705

On Wed, Dec 14, 2022 at 10:34 AM Abbey Hammond <ahammond@tepgroup.net> wrote:
Good morning Jude,

I wanted to reach out and see if you could provide us with the following information:
1. The written comments/results from the last meeting Dec. and also acknowledge that the application was sufficient.
2. ETA for when we could receive the documents pending for the Previous Development Orders,
3. Confirmation of the hearing date and application due date for the January Planning & Zoning hearing and if any additional items are needed as part of the application.

*(From Bobbi: As-Built Survey may be a good idea if we cannot get previous variances / build plans showing what is currently on the roof. Also show we are calculating all antennas and other items on the entire roof vertically to be included in the 5% rooftop height)'*

Please let me know if you have any questions or concerns, thank you!

**Archived:** Thursday, January 25, 2024 1:27:21 PM
**From:** Jude Goudreau
**Mail received time:** Tue, 3 Jan 2023 17:20:33
**Sent:** Tue, 3 Jan 2023 17:20:33
**To:** Bobbi Jones
**Subject:** RE: Building Official Comments - 125 S Ocean Ave
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
Next Steps After DRC v4 03 20 2019.pdf;

---

Hi Bobbi,
I was waiting for a response from staff to tell me what a FCD was.
I have attached a " Next Step After DRC" for you to review.
Our Next P&Z Meeting is January 25th. The Ad Deadline is the 10th of January.
Once you have your resubmittal ready, send it to me for staff review, if it's sufficient, it can be placed on the next P&Z Meeting's Agenda.
I hope this email is helpful.

Thank you,
Jude

**Archived:** Thursday, January 25, 2024 1:27:34 PM
**From:** Abbey Hammond
**Mail received time:** Tue, 10 Jan 2023 19:17:32
**Sent:** Tue, 10 Jan 2023 14:17:15
**To:** Jude Goudreau
**Cc:** Bobbi Jones Orlando Rodriguez
**Subject:** Re: DRC Next Steps
**Importance:** Normal
**Sensitivity:** None

---

Hi Jude, a few more questions for you in regards to the P&Z meeting coming up:

Are we able to have a Presentation / Powerpoint for the P & Z Board to present?
Does the Development App look good or does it need further edits ?
Can we get a letter of conditional approval from the DRC ?
Will there be Additional Fees coming up (if any)?

**And FYI (2) more packages are coming - 1 packet containing: requested flash drive (to have the exact order of items needed), 1 LOA and 10 sets of the unchanged Mount Analysis,
and 1 package containing the sealed preliminary surveys.**

**Archived:** Thursday, January 25, 2024 1:27:30 PM
**From:** Jude Goudreau
**Mail received time:** Tue, 10 Jan 2023 19:21:51
**Sent:** Tue, 10 Jan 2023 19:21:51
**To:** Abbey Hammond
**Subject:** RE: DRC Next Steps
**Importance:** Normal
**Sensitivity:** None

---

You can present a Presentation/ PowerPoint.
I do not have the Development Application as of yet.
DRC provides Comments only
Development fees will be assessed prior to the issuance of the permit. We bill the exact amount that we are charged for the professional staff to review the plans.

I'll have Orlando keep an eye out for the addition packages. Some one is going to need to come in an assemble the ten packets and it has to match the flash drive.

Otherwise , I think we are making progress.

Jude

**Archived:** Thursday, January 25, 2024 1:27:37 PM
**From:** Jude Goudreau
**Mail received time:** Fri, 20 Jan 2023 19:12:45
**Sent:** Fri, 20 Jan 2023 19:12:44
**To:** Abbey Hammond
**Subject:** Application
**Importance:** Normal
**Sensitivity:** None

---

Hi Abby,
Per our conversation , it looks like the only last thing I need is the 10 copies of the revised Development Applications.
I will then send it for staff review for the February meeting.

*Have a wonderful Day !*

Jude Marie Goudreau, CMC
Town Clerk

Town of Palm Beach Shores
561-844-3457 fax 863-1350
Email: jgoudreau@pbstownhall.org

Under Florida law [F.S. 668.6076], e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone.

**Archived:** Thursday, January 25, 2024 1:27:40 PM
**From:** Jude Goudreau
**Mail received time:** Tue, 31 Jan 2023 18:04:06
**Sent:** Tue, 31 Jan 2023 18:04:05
**To:** Abbey Hammond
**Subject:** RE: DRC Next Steps
**Importance:** Normal
**Sensitivity:** None

---

Abbey,
Just a quick follow up on the 10 copies of the actual development application.
I thought that the last time we spoke you were going to ship them and / or having someone come assemble them and the sets of your application.
Let me know, please, I wanted to make sure we can move forward for the P&Z Meeting. I have to advertise this on or before the 10th of February.

Thank you
Jude

**Archived:** Thursday, January 25, 2024 1:27:57 PM
**From:** Jude Goudreau
**Mail received time:** Tue, 14 Feb 2023 14:04:29
**Sent:** Tue, 14 Feb 2023 14:04:29
**To:** Stephanie McLaughlin
**Subject:** RE: DRC Next Steps
**Importance:** Normal
**Sensitivity:** None

---

I have you on the agenda.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Stephanie McLaughlin <smclaughlin@tepgroup.net>
Date: 2/13/23 3:27 PM (GMT-05:00)
To: Abbey Hammond <ahammond@tepgroup.net>, Jen McMillan <jmcmillan@tepgroup.net>
Cc: Jude Goudreau <jgoudreau@pbstownhall.org>, Orlando Rodriguez <orodriguez@pbstownhall.org>, Bobbi Jones <bjones@tepgroup.net>
Subject: Re: DRC Next Steps

+Jen McMillan Jude is out today, hopefully will get confirmation tomorrow.

Thank you,

Stephanie McLaughlin
**Project Coordinator**

**Tower Engineering Professionals, Inc.** (www.tepgroup.net)
Office: (813) 492-2449 Mobile: (828) 263-7814
**Mailing Address for Docs**: 304 SE 21st Street #1 | Fort Lauderdale, FL 33316 |
**Tampa Office Address:**
5906 Breckenridge Parkway, Suite A | Tampa, FL 33610

On Mon, Feb 13, 2023 at 3:19 PM Abbey Hammond <ahammond@tepgroup.net> wrote:

Good afternoon Jude,

We wanted to reach out and confirm we are still on for 2/22 next Wednesday for the P&Z Meeting for 125 Ocean Ave. Please let me know if you have any questions.

Best,

# EXHIBIT F

**Archived:** Thursday, January 25, 2024 1:28:02 PM
**From:** Abbey Hammond
**Mail received time:** Tue, 14 Feb 2023 21:17:58
**Sent:** Tue, 14 Feb 2023 16:17:18
**To:** Jude Goudreau Orlando Rodriguez
**Cc:** Bobbi Jones Jessica Ross Brandi Day arotenstreich@bakerdonelson.com Jen McMillan Stephanie McLaughlin
**Subject:** Urgent Request: P&Z Hearing - 125 Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

Good afternoon Jude,

I tried reaching you via phone this week but was told that email would be the best way to reach you. I have been in contact with Bobbi and our team in regards to the P&Z DCR meeting on 2/22. Dish has asked to be taken off the agenda for that day's hearing. I wanted to see if there was anything we needed to do to get off of the agenda as soon as possible.

If you have any additional questions, please let me know and Bobbi or the above tagged can answer them as well.
Thank you!

**Abbey Hammond**
**Permit Specialist | Tower Engineering Professionals, Inc.**(www.tepgroup.net)
10700 Sikes Place, Suite 360, Charlotte, NC 28277 | Direct: 770-356-5870

**Archived:** Thursday, January 25, 2024 1:28:10 PM
**From:** Jude Goudreau
**Mail received time:** Wed, 15 Feb 2023 15:07:21
**Sent:** Wed, 15 Feb 2023 15:07:21
**To:** Abbey Hammond
**Cc:** Orlando Rodriguez Jessica Ross Brandi Day arotenstreich@bakerdonelson.com Stephanie McLaughlin
**Subject:** RE: Urgent Request: P&Z Hearing - 125 Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

Good Morning,
I have received your request to cancel the February 22, 2023 P&Z Meeting. I will remove you from the agenda.

**Archived:** Thursday, January 25, 2024 1:28:26 PM
**From:** Jude Goudreau
**Mail received time:** Wed, 22 Feb 2023 19:24:53
**Sent:** Wed, 22 Feb 2023 19:24:52
**To:** Abbey Hammond
**Cc:** Mitty Barnard
**Subject:** RE: Urgent Request: P&Z Hearing - 125 Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

Good afternoon Abbey,
Yes, I did ,at your request, remove you from this evening's agenda for the P&Z Meeting. I will forward your request to be added to the March 22, 2023's agenda.
Thank you,
Jude

**From:** Abbey Hammond <ahammond@tepgroup.net>
**Sent:** Wednesday, February 22, 2023 2:20 PM
**To:** Jude Goudreau <jgoudreau@pbstownhall.org>; Orlando Rodriguez <orodriguez@pbstownhall.org>
**Cc:** Stephanie McLaughlin <smclaughlin@tepgroup.net>; Bobbi Jones <bjones@tepgroup.net>; Jen McMillan <jmcmillan@tepgroup.net>; Jessica Ross <jessica.ross@dish.com>
**Subject:** Re: Urgent Request: P&Z Hearing - 125 Ocean Ave

Good morning Jude,

Just reconfirming the above message. Please let me know if you can confirm that our request to be removed from the 2/22 agenda was a postponement and **not a withdrawal.**
I also needed to confirm the Town's next hearing date for March, which is either March 22 or 29th. Please advise which date it is so we can go ahead and get this on the calendar.

Thank you!

**Archived:** Thursday, January 25, 2024 1:29:14 PM
**From:** Jude Goudreau
**Mail received time:** Mon, 27 Mar 2023 13:28:11
**Sent:** Mon, 27 Mar 2023 13:28:11
**To:** Abbey Hammond
**Subject:** RE: Urgent Request: P&Z Hearing - 125 Ocean Ave
**Importance:** Normal
**Sensitivity:** None

---

Abbey,

The Planning & Zoning Board recommended denial of application SE22-01 at the March, 22, 2023 meeting. The application moves forward to the Town Commission for final action on April 24, 2023.

Thank you,