UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80487-CIV-DIMITROULEAS

DISH WIRELESS, LLC,

    Plaintiff,

vs.

TOWN OF PALM BEACH SHORES,

    Defendant.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Defendant's Motions for Attorney's Fees [DE 165, 166] and the March 5, 2025, Report and Recommendation of Magistrate Judge Reinhart [DE 169].

Both parties have filed notices of non-objection to Magistrate Judge Reinhart's Report and Recommendation. [DE 170, 171]. Accordingly, the Magistrate Judge's findings in the Report [DE 169] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation. [DE 169] is **ADOPTED** and **APPROVED**.

2. Defendant's Amended Motions for Costs [DE 165, 166] are hereby **GRANTED IN PART AND DENIED IN PART** in that Defendant be awarded costs as follows:

    a. Service of Process: $260.00

    b. Transcripts: $5,607.60

    c. Witness Fees: $85.00 Total: $5,952.60

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of March 2025.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Reinhart