UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-80487-DIMITROULEAS/REINHART

DISH WIRELESS LLC,

        Plaintiff,

vs.

TOWN OF PALM BEACH SHORES,

        Defendant.

_____/

**REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S UNOPPOSED MOTION TO APPROVE SECURITY AND STAY EXECUTION OF COSTS [ECF No. 173]**

Plaintiff moves under Federal Rule of Civil Procedure 62(b) and Local Rule 62.1 for approval of security and a stay of execution of the District Court's Order granting in part Defendant's Motion to Tax Costs. ECF Nos. 169, 172, 173. The District Court's Final Judgment Order is on appeal and Plaintiff seeks a stay of execution of costs pending the disposition of the appeal. ECF No. 173. Plaintiff's Motion to Stay is Motion is unopposed. *Id.* For the following reasons, I recommend Plaintiff's Motion be GRANTED IN PART and DENIED IN PART.

Federal Rule of Civil Procedure 62(b) says

> (b) Stay by Bond or Other Security. At any time after judgment is entered, a party may obtain a stay by providing a bond or other security. The stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security.

Fed. R. Civ. P. 62(b).

>Local Rule 62.1 says
>
>APPEAL BONDS OR OTHER SECURITY. A supersedeas bond or other security staying execution of a money judgment shall be in the amount of 110% of the judgment, to provide security for interest, costs, and any award of damages for delay. Upon its own motion or upon application of a party the Court may direct otherwise.

L.R. 62.1

The District Court taxed $5,952.60 in costs. ECF No. 172. The District Court's Final Judgment is still on appeal. Plaintiff moves to deliver a check payable to the Clerk of Courts in the amount of $6,436.86 as security to stay execution of costs awarded to the Defendant pending the appeal. ECF No. 173 at 1. Plaintiff's request is unopposed, but the proposed check amount is not 110% of the costs awarded. *See* L. R. 62.1. Therefore, I recommend Plaintiff's Unopposed Motion be granted in part insofar as Plaintiff shall deliver a check payable to the Clerk of Court in the amount of $6,547.86 as security.

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court GRANT IN PART and DENY IN PART Plaintiff's Unopposed Motion to Approve Security and Stay Execution of Costs.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable William P. Dimitrouleas, United States District Court Judge for the Southern District of Florida, within **FIVE DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall

constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 3rd day of April 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE