UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-80487-CIV-DIMITROULEAS

DISH WIRELESS, LLC,

    Plaintiff,

vs.

TOWN OF PALM BEACH SHORES,

    Defendant.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion to Approve the Security and Stay Execution of Costs Awarded to Defendant Pending Appeal [DE 173] and the April 3, 2025, Report and Recommendation of Magistrate Judge Reinhart [DE 176].

Defendant has filed a notice of non-objection to Magistrate Judge Reinhart's Report and Recommendation. [DE 177]. The Magistrate Judge's findings in the Report [DE 176] are therefore adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation. [DE 176] is **ADOPTED** and **APPROVED**.

2. Plaintiff's Unopposed Motion [DE 173] is hereby **GRANTED IN PART AND DENIED IN PART** as follows: Plaintiff shall deliver a check payable to the Clerk of Court in the amount of $6,547.86 as security to stay execution of costs awarded to the Defendant pending the appeal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of April 2025.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Reinhart